Carroll,  
Feb. 2, 1909.

### HOBBS *v.* HOBBS *& a.*

WRIT OF ENTRY. Trial by jury and verdict for the defendants. Transferred from the June term, 1908, of the superior court by *Chamberlin*, J.

Upon the issue of the location of the line between two original town lots, the location of other undisputed lot lines in the same range was put in evidence, subject to exception taken on the ground that the lines were not those in dispute.

There was evidence of a variety of dishonest acts done by the plaintiff in the course of his efforts to get and keep the disputed land. Subject to exception, the defendants' counsel commented upon one of these and then said: "I will leave the other items, of which I might enumerate a dozen here that have occurred in the course of this trial, which would make his testimony absolutely worthless in any case."

*Walter D. H. Hill* and *Arthur L. Foote*, for the plaintiff.

*Leslie P. Snow*, for the defendants.

PEASLEE, J. The evidence was admissible. The location of points which were at a known distance from the one in dispute would furnish some information upon the issue being tried. *Keefe* v. *Railroad*, *ante*, 116.

The argument was manifestly proper. It was confined to the evidence in the case and was a temperate criticism of the devious course which the evidence tended to show the plaintiff had taken.

*Exceptions overruled.*

All concurred.